# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELIJAH L. HAWTHORNE

NO. 2020 KW 1279

**FEBRUARY 1, 2021**

---

In Re:     Elijah L. Hawthorne, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 601117.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The Tangipahoa Parish Clerk of Court's Office has no record of receiving a motion for production of documents in case number 601117, allegedy filed after March of 2020. Relator should file the motion with the clerk of court of the district court before seeking relief from this court.

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT